# SHER TREMONTE LLP

July 22, 2020

**BY ECF**

Hon. William H. Pauley III
U.S. District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *United States v. Jamel Johnson*, 18 CR 318 (WHP)

Dear Judge Pauley:

      The CJA Clerk's Office has advised that CJA-appointed lawyers working on compassionate release motions for previously-represented clients are required to be reappointed by the Court in order to be compensated for this new litigation.  Accordingly, I respectfully request that Your Honor re-appoint me as CJA counsel for Jamel Johnson, the defendant in the above-referenced case, *nunc pro tunc* to June 25, 2020 in connection with the preparation of an anticipated compassionate release petition on Mr. Johnson's behalf.

Sincerely,

/s/ Michael Tremonte

Michael Tremonte
*Previously-appointed CJA counsel
for Jamel Johnson*

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

July 23, 2020